| | |
|---|---|
| JAMES W. SOONG, Cal. Bar No. 196092<br>JSoong@SheppardMullin.com<br>SHEPPARD, MULLIN, RICHTER &<br>HAMPTON LLP<br>379 Lytton Avenue<br>Palo Alto, CA 94301-1479<br>Telephone: 650.815.2600<br>Facsimile:   650.815.2601 | LAURA L. CHAPMAN, Cal. Bar No. 167249<br>LChapman@SheppardMullin.com<br>SHEPPARD, MULLIN, RICHTER &<br>HAMPTON LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111-4109<br>Telephone:  415.434.9100<br>Facsimile:   415.434.3947 |

*Attorneys for*
COMPUTER SCIENCES CORPORATION

| | |
|---|---|
| COMAR LAW<br>D. Inder Comar (SBN 243732)<br>*inder@comarlaw.com*<br>901 Mission Street, Suite 105<br>San Francisco, CA 94103<br>Telephone: 415.640.5856<br>Facsimile: 415.513.0445 | PASKY IP LAW<br>Jonathan R. Pasky (Pro Hac Vice)<br>320 W. Ohio St., Suite 300<br>Chicago, IL 60654<br>Telephone 312.772.3510<br>Facsimile 312.268.5227 |

*Attorneys for*
BIZCLOUD, INC., ZIPBUSINESS,
ALAN RAZAVI, and VAHID RAZAVI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| COMPUTER SCIENCES CORPORATION, a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALAN RAZAVI, an individual, VAHID RAZAVI, an individual, BIZCLOUD, INC., a Wyoming Corporation, ZIPBUSINESS, a California Corporation, and DOES 1 – 10.<br><br>Defendants. | Civil Action No. 13-cv-05999-JCS<br>*Assigned to: Magistrate Judge Spero*<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Complaint filed:  December 30, 2013 |
| BIZCLOUD, INC., and ZIPBUSINESS,<br><br>Plaintiffs,<br>v.<br>COMPUTER SCIENCES CORPORATION, AT&T INC., CISCO SYSTEMS, INC., VMWARE, INC., EMC CORPORATION, and DOES 1-25,<br><br>Defendants. | RELATED CASE<br><br>Civil Action No. 14-cv-00162-JCS<br>*Assigned to: Magistrate Judge Spero*<br><br>Complaint Filed:  January 10, 2014 |

IT IS HEREBY STIPULATED AND AGREED:

1. In Civil Action No. 13-cv-05999-JCS that all claims brought by plaintiff COMPUTER SCIENCES CORPORATION against defendants ALAN RAZAVI, VAHID RAZAVI, BIZCLOUD, INC. and ZIPBUSINESS are hereby dismissed WITH PREJUDICE by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

2. In Civil Action No. 14-cv-00162-JCS that all claims brought by plaintiff BIZCLOUD, INC., and ZIPBUSINESS against defendants COMPUTER SCIENCES CORPORATION, AT&T INC., CISCO SYSTEMS, INC., VMWARE, INC. and EMC CORPORATION are hereby dismissed WITH PREJUDICE by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

IT IS SO STIPULATED.

August 4, 2014          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                        By:        /s/ Laura L. Chapman
                                   JAMES W. SOONG
                                   LAURA L. CHAPMAN
                                   LAI L. YIP
                                   Attorneys for Plaintiff / Defendant
                                   COMPUTER SCIENCES CORPORATION

August 4, 2014          COMAR LAW

                        By:        /s/ D. Inder Comar
                                   D. Inder Comar
                                   Attorneys for Defendants / Plaintiffs
                                   ALAN RAZAVI, VAHID RAZAVI,
                                   BIZCLOUD, INC., and ZIPBUSINESS

1  August 4, 2014            PASKY IP LAW

                    By:        /s/ Jonathan R. Pasky
                         Jonathan R. Pasky *(Pro Hac Vice)*
                         Attorneys for Defendants / Plaintiff
                         BIZCLOUD. INC. and ZIPBUSINESS

   IT IS SO ORDERED.

                         _____
                         Judge of the United States District Court